UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MW (Minor Child), HAJA SILLAH, DEMBO WAGGEH,<br><br>                Plaintiffs,<br><br>   v.<br><br>SAFEWAY, INC.<br><br>                Defendant. | 2:18-CV-01404-RAJ-BAT<br><br>ORDER OF APPOINTMENT OF PRO BONO COUNSEL |

The Court hereby appoints Justo Gonzalez, Stokes Lawrence, P.S., 1420 Fifth Avenue, Suite 300, Seattle, WA 98101, (206) 892-2158, justo.gonzalez@stokeslaw.com as pro bono counsel for MW (Minor Child), to perform the duties set forth under LCR 17 in connection with the parties' proposed settlement on behalf of MW (*see* Dkt. 29). This appointment is made pursuant to the "Plan and Rules of the United States District Court for the Western District of Washington at Seattle for the Representation of Pro Se Litigants."

Counsel is directed to file a Notice of Appearance within ten (10) calendar days. If counsel is unable for a reason set forth in the Rules to assume this representation, a motion for relief from appointment should immediately be filed with the assigned judge

The Clerk is directed to send a copy of this Order to counsel for the parties.

DATED this 31st day of July, 2019.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge